# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>VIKTOR JOVANOVSKI | CHAPTER 13<br><br>CASE NO. 24-00850<br><br>Honorable Judge Jacqueline P. Cox |

## NOTICE OF FILING

**TO:** SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on March 14, 2024, I caused to be filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, BMO Bank N.A.'s Objection to Confirmation of Chapter 13 Plan, a copy of which is hereby served upon you.

/s/ Daniel Rubin
Daniel S. Rubin, Attorney for BMO Bank N.A.
Dated: March 14, 2024

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice and the attached **BMO BANK N.A.'S OBJECTION TO CONFIRMATION** attached hereto to the parties stated in the attached Service List. If no designation is made or the designation "via mail" is stated, then service was made by mail by mailing this Notice and Objection by placing a copy in the United States mail, postage pre-paid at 200 S. Michigan Ave. Suite 1100, Chicago, Illinois 60604, prior to 5:00 p.m. on March 14, 2024. If service was made via ECF, said notice was sent via the Court's Electronic Court Filing service on March 14, 2024.

/s/ Daniel Rubin
Daniel S. Rubin, Attorney for BMO Bank N.A.
Dated: March 14, 2024

Daniel Rubin ARDC #6293669
Atty for BMO Bank N.A.
Howard and Howard Attorneys, PLLC,
200 S. Michigan Ave. Suite 1100
Chicago, IL 60604
ph (312)372-4000

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>VIKTOR JOVANOVSKI | CHAPTER 13<br>Debtor<br>CASE NO.  24-00850<br><br>Honorable Judge Jacqueline P. Cox |

## SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>UNITED STATES TRUSTEE<br>219 S. Dearborn Street, Suite 873<br>Chicago, IL 60604 (via ECF)<br> (via ECF) | Thomas Hooper (Ch. 13 Trustee)<br>(Via ECF)<br>(via ECF) |
| David H. Cutler<br>(Attorney for Debtor)<br>(via ECF) | |

4875-9940-1389, v. 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br><br> VIKTOR JOVANOVSKI | CHAPTER 13 <br><br> CASE NO. 24-00850 <br><br> Honorable Judge Jacqueline P. Cox |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES BMO Bank N.A. (hereinafter "BMO"), by and through its attorneys, Daniel Rubin of Howard & Howard Attorneys, PLLC, and objects to the confirmation of the Chapter 13 Plan filed in this matter, and in support thereof, states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b). Since this matter deals with the confirmation of a bankruptcy plan and concerns the administration of the bankruptcy estate, this objection is a "core proceeding" under 28 U.S.C. §157(b)(1) and 28 U.S.C. §157(b)(2)(L).

2. Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on January 23, 2024 (the "Petition Date.").

3. Through investigation, BMO has discovered that Debtor is the registered agent of a company named "Blockchain Expo Inc." and BMO believes that Debtor is the owner of said company.

4. BMO is a creditor of Debtor as Debtor signed a personal guaranty of debts owed by one of his companies, but was not listed in Debtor's schedules. BMO recently became aware of this case and has filed a proof of claim.

5. Debtor did not disclose his interest in "Blockchain Expo Inc." on his Schedules. Furthermore, there may be other corporations that Debtor has an interest in that are not disclosed on his Schedules.

6. BMO believes that Debtor has additional assets, through his ownership of Blockchain Expo Inc. that could be used to fund the Debtor's Chapter 13 Plan. Furthermore, the failure to disclose assets in Bankruptcy Schedules demonstrates that his bankruptcy plan was not filed in good faith. Concurrently with the filing of this Objection, BMO has filed a Motion to Conduct a Rule 2004 Exam of the Debtor to investigate these issues.

7. Finally, BMO reserves the right to lodge future objections to subsequent plans or the current plan.

WHEREFORE, BMO Bank N.A. respectfully asks that this Court deny confirmation of the Chapter 13 Plan, or any other relief this Court deems just and proper.

Dated: March 14, 2024

Respectfully Submitted,<br>
BMO Bank N.A.<br>
_____/s/Daniel Rubin_____<br>
By: Daniel Rubin, Its Attorney ARDC #6293669<br>
Dated: March 14, 2024<br>
Howard and Howard Attorneys, PLLC<br>
200 S. Michigan Ave. Suite 1100<br>
Chicago, IL 60604    ph (312)372-4000<br>
drubin@howardandhoward.com

4875-9940-1389, v. 1