**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RE:  VIKTOR JOVANOVSKI                              )          Case No. 24 B 00850
                                                                        )
                                                                        )          Chapter 13
            Debtor(s)                                       )
                                                                        )          Judge: JACQUELINE P COX

**AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the
instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by
Debtor(s), in advance of the confirmation hearing set for May 20, 2024 10:30 am, for the
following:

    Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of
    income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).  Debtor to provide the
    Trustee with copies of bank statements.

    The plan fails to address the following secured claim(s) as required by 11 U.S.C. §§
    1325(a)(1) and/or 1325(a)(5): Court's claim #11-1 TBF Financial, LLC.

    **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the
proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and
proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: May 13, 2024                                            /s/ Thomas H. Hooper

                                                                        Thomas H. Hooper
                                                                        Chapter 13 Trustee
                                                                        55 E. Monroe St., Suite 3850
                                                                        Chicago, IL 60603
                                                                        (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:   VIKTOR JOVANOVSKI                )          Case No. 24 B 00850
                                       )
                                       )          Chapter 13
                                       )
      Debtor(s)                        )
                                       )          Judge: JACQUELINE P COX

### CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

CUTLER & ASSOC                                   (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                    (via CM/ECF)
United States Trustee

VIKTOR JOVANOVSKI                                (via First Class Mail)
7901 W 111TH ST
PALOS HILLS, IL 60465
*Debtor*

Dated: May 13, 2024                    /s/ Chris Domann
                                       _____

                                       Chris Domann
                                       Office of the Chapter 13 Trustee
                                       55 E. Monroe St., Suite 3850
                                       Chicago, IL 60603
                                       (312) 294-5900