**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Viktor Jovanovski | ) | No. 24-00850 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor | ) | |

## NOTICE OF HEARING

TO:   TBF Financial, LLC, 870 Sheridan Rd. Highwood, IL 60040; via US mail,

TBF Financial, LLC, Attn: Bankruptcy Department, 740 Waukegan Road, Suite 404 Deerfield IL 60015, via US mail,

TBF Financial, LLC, ATTN: Brett Boehm, CEO, 870 Sheridan Rd. Highwood, IL 60040; via US mail,

TBF Financial, LLC, ATTN: Adam Boehm, Managing Principal, 870 Sheridan Rd. Highwood, IL 60040; via US mail,

Trustee Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603, via electronic court notification.

   PLEASE TAKE NOTICE that on October 21, 2024 at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox or any judge sitting in that judge's place, **either** in Courtroom 680 of the Evertt McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the Debtor's Objection to the Claim of TBF Financial, LLC (Claim Number 11), a copy of which is attached.

   **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

   **To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

   **To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 273 2896**, and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                    By:    David H. Cutler
                             Counsel for Debtor(s)
                             Cutler & Associates, Ltd.
                             4131 Main St.
                             Skokie, IL 60076
                             Phone: (847) 673-8600
                             cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler, an attorney, certify that I served a copy of this notice and the attached Objection to Claim electronically or through U.S. Mail on each entity shown on the attached list at the address shown on and by the method shown on the list on September 19, 2024 at 5:30 p.m.

                    By:    /s/ David H. Cutler
                             David H. Cutler, esq.
                             Counsel for Debtor(s)
                             Cutler & Associates, Ltd.
                             4131 Main St.
                             Skokie, IL 60076

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Viktor Jovanovski | ) | No. 24-00850 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor | ) | |

## DEBTOR'S OBJECTION TO CLAIM OF TBF FINANCIAL, LLC
## (CLAIM NO.11)

NOW COMES the Debtor, Viktor Jovanovski, (the "Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present his OBJECTION TO THE CLAIM OF TBF FINANCIAL, LLC, and stats as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on January 23, 2024.

3. On April 2, 2024, TBF Financial, LLC filed a secured claim in the Debtor's bankruptcy case in the amount of $103,200.39. A copy of the Proof of Claim is attached as Exhibit A.

4. TBF Financial, LLC's claim alleges that the Debtor has a debt owed to them and that the basis of the claim is a judgement and that the claim is secured and the basis of perfection is a judgment lien against property located at 6700 Brainard Ave., Unit 411, Countryside, IL 60525 entered on August 29, 2023.

5. The Debtor's name was on the property located at 6700 Brainard Ave., Unit 411, Countryside, IL 60625 with Radmila Nikolova, however Debtor was refinanced off the property in December 2022.

6. TBF Financial, LLC's judgment was entered after the transfer of the property and the judgement is not secured by property of the bankruptcy estate, so the status as a secured claim is not proper.

7. Debtor objects to the secured claim of TBF Financial, LLC and seeks to reclassify the secured claim of TBF Financial, LLC because the judgment was entered after the transfer of the property located at 6700 Brainard Ave., Unit 411, Countryside, IL 60625 and the claim of TBF Financial, LLC should be a general unsecured claim in this case.

8. Accordingly, the Proof of Claim of TBF Financial, LLC should be reclassified from a secured claim to an unsecured claim.

WHEREFORE, the Debtor prays for the following relief:

A. That this Court enter an order reclassifying the claim of TBF Financial, LLC from a secured claim to an unsecured claim (Claim Number 11); and

B. For any such further relief as this Court deems equitable and just.

September 19, 2024

Respectfully submitted,

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St, Skokie, IL 60076
Phone: (847) 673-8600